UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA DEVLIEG, MPT,

        Plaintiff,

   v.

EASTSIDE SPORTS REHABILITATION CLINIC, et al.,

        Defendants.

CASE NO. C22-1219RSM

ORDER GRANTING REQUEST FOR CONTINUANCE

      This matter comes before the Court on Plaintiff Lisa DeVlieg's "Request for Continuance," Dkt. #11-1, interpreted by the Court as a Motion to renote Defendants' Motion to Dismiss to allow her adequate time to secure counsel before her response brief is due. The Court finds that it can rule on this Motion without the need of responsive briefing and that waiting for such briefing would not be in the interest of justice.

      Ms. DeVlieg filed this action *pro se*. Dkt. #1. Defendants filed a Motion to Dismiss on October 19, 2022, noted for consideration on November 18, 2022. Dkt. #10. On October 30, 2022, well before the deadline for her response brief, Ms. DeVlieg filed a letter to the Court requesting a continuance for "time to suitably obtain and hire an attorney to manage my case." Dkt. #11-1. She essentially requests a four-week continuance. No further details are offered.

ORDER GRANTING REQUEST FOR CONTINUANCE – 1

The Court may for good cause extend a deadline such as a deadline to respond to a motion. Fed. R. Civ. P. 6(b)(1). This may be done with or without motion or notice if the Court acts, or if a request is made, before the original time expires. *Id*. "The court may renote a pending motion to ensure compliance with applicable court rules or for other reasons." LCR 7(l).

The Court finds good cause under the circumstances to renote Defendants' Motion for consideration on December 16, 2022. This extends the deadline for Plaintiff's response brief to **December 12, 2022**.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that Plaintiff Lisa DeVlieg's Request for Continuance, Dkt. #11-1, is GRANTED as stated above. The Court DIRECTS the Clerk to renote Defendants' Motion, Dkt. #10, for consideration on December 16, 2022.

DATED this 31st day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING REQUEST FOR CONTINUANCE – 2